Joel Bruce **SCHOONOVER,**
Plaintiff—Appellant,

v.

David H. **WILMOTH,** Defendant—
Appellee.

No. 04–7708.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 17, 2005.

Joel Bruce Schoonover, Appellant pro
se.

Before WILKINSON, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Joel Bruce Schoonover appeals the dis-
trict court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint. The district
court referred this case to a magistrate
judge pursuant to 28 U.S.C. § 636(b)(1)(B)
(2000). The magistrate judge recom-
mended that relief be denied and advised
Schoonover that failure to file timely ob-
jections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.
Despite this warning, Schoonover failed to
object to the magistrate judge's recom-
mendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. *See Wright v. Collins,* 766 F.2d 841,
845–46 (4th Cir.1985); *see also Thomas v.
Arn,* 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Schoonover has
waived appellate review by failing to file
objections after receiving proper notice.
Accordingly, we affirm the judgment of the
district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED*